# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**MICHELLE LEIGH MITCHELL,**

    **Plaintiff,**

**v.**                                          **No. 19-cv-0717 SMV**

**ANDREW SAUL,**
**Commissioner of the Social Security Administration,**

    **Defendant.**

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for an Immediate Award of Benefits or a Rehearing [Doc. 24], by a Memorandum Opinion and Order, entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**